**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-01710-BNB
(**The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.**)

JOHN ALLAN RUSSELL,

    Applicant,

v.

PEOPLE OF THE STATE OF COLORADO,

    Respondent.

**ORDER DIRECTING APPLICANT TO CURE DEFICIENCIES**

Applicant, John Allan Russell, currently is detained at the Denver County Jail. Acting *pro se*, Applicant initiated this action by filing an "Interlocutory Appeal/Motion to Overturn Lower Courts Decision to not Grant Motion to Dismiss Public Defernder [sic] and Appoint Conflict Free Counsel/Assistant Counsel." The Appeal/Motion appears to be more properly filed as a habeas corpus action filed pursuant to 28 U.S.C. § 2254.

As part of the Court's review pursuant to D.C.COLO.LCivR 8.2, the Court has determined that the submitted documents are deficient as described in this Order. Applicant will be directed to cure the following if he wishes to pursue his claims. Any papers that Applicant files in response to this Order must include the civil action number on this Order.

Furthermore, Applicant also is instructed that pursuant to 28 U.S.C. § 2243 an application for writ of habeas corpus is directed to the person who has custody of the

detained person.  Therefore, Applicant is directed to name as Respondent the custodian of the facility where he is incarcerated.

**28 U.S.C. § 1915 Motion and Affidavit**:

(1)   X    is not submitted
(2)   __   is missing affidavit
(3)   __   is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4)   X    is missing **certified** statement showing current balance in prison account
(5)   __   is missing required financial information
(6)   __   is missing an original signature by the prisoner
(7)   __   is not on proper form (must use the court's current form)
(8)   __   names in caption do not match names in caption of complaint, petition or habeas application
(9)   __   other:

**Complaint, Petition or Application**:
(11)  __   is not submitted
(12)  X    is not on proper form (must use the court's current form)
(13)  __   is missing an original signature by the prisoner
(14)  __   is missing page nos. __
(15)  __   uses et al. instead of listing all parties in caption
(16)  __   An original and a copy have not been received by the court.  Only an original has been received.
(17)  __   names in caption do not match names in text
(18)  __   other:

Accordingly, it is

    ORDERED that Applicant cure the deficiencies designated above **within thirty days from the date of this Order**.  Any papers that Applicant files in response to this Order must include the civil action number on this Order.  It is

    FURTHER ORDERED that Applicant shall obtain the Court-approved forms used in filing a habeas corpus application pursuant to 28 U.S.C. § 2254 and a 28 U.S.C. § 1915 motion in a habeas corpus action (with the assistance of his case manager or

the facility's legal assistant), along with the applicable instructions, at

www.cod.uscourts.gov.  It is

FURTHER ORDERED that if Applicant fails to cure the designated deficiencies **within thirty days from the date of this Order** the action will be dismissed without further notice.

DATED July 2, 2013, at Denver, Colorado.

BY THE COURT:

s/Boyd N. Boland
United States Magistrate Judge